IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE MOORE, individually and on behalf of others similarly situated, | ) ) | |
| Plaintiff, | ) ) | Case No. 1:20-cv-5814 |
| v. | ) ) | Judge Kocoras |
| CAPITAL HEALTH ADVISORS INC., MARIO A. CALLEJAS, and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, | ) ) ) ) ) | **Jury Trial Demanded** |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies the Court that the parties have reached a settlement that will dispose of this action, and that he expects to file a notice of dismissal within 30 days.

Respectfully submitted,

/s/ Alexander H. Burke

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*