## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, individually and on behalf of others similarly situated, <br>            Plaintiff, <br><br> v. <br><br> CAPITAL HEALTH ADVISORS INC., MARIO A. CALLEJAS, and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, <br>            Defendants. | Case No. 1:20-cv-05814 <br><br><br><br><br> **Jury Trial Demanded** |

### **STIPULATION FOR DISMISSAL**

All parties to this action hereby stipulate to dismissal of Plaintiff's individual claims with prejudice, without costs. The claims of the members of the uncertified, putative class are dismissed without prejudice.

                                                                       Respectfully submitted,

[Signatures on next page]

/s/ Alexander H. Burke

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
(312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com
*Counsel for Plaintiff*

/s/Peter C. Morse
Peter C. Morse
Morse, Bolduc & Nardulli, LLC
25 East Washington Street
Suite 750
Chicago, Illinois 60602
pmorse@morseandbolduc.com
 (312) 251-5587
*Counsel for Capital Health Advisors, Inc. and Mario A. Callejas*

/s/Brian D. Straw
Brian D. Straw
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
312.476.5113
strawb@gtlaw.com
*Counsel for American Financial Security Life Insurance Company*